**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| STEPHEN BUSHANSKY, Derivatively on Behalf of MEDPACE HOLDINGS, INC., <br><br> Plaintiff, <br> vs. <br><br> AUGUST J. TROENDLE, ET AL., <br><br> Defendants, <br><br> - and - <br><br> MEDPACE HOLDINGS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:26-cv-00617-MB <br><br> District Judge: <br> Honorable Matthew R. Byrne |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rules 41(a) and 23.1(c) of the Federal Rules of Civil Procedure, plaintiff Stephen Bushansky ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") brought on behalf of Nominal Defendant Medpace Holdings, Inc. ("Medpace") against Defendants August J. Troendle, Jesse J. Geiger, Kevin M. Brady, Susan E. Burwig, Stephen P. Ewald, Brian T. Carley, Fred B. Davenport, Jr., Femida H. Gwadry-Sridhar, Robert O. Kraft, Cornelius P. "Neal" McCarthy III, and Dani S. Zander (together with Medpace, "Defendants").

Notice of this dismissal pursuant to Fed. R. Civ. P. 23.1(c) is not necessary because: (i) there has been no settlement or compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal; (iv) the voluntary dismissal is made without prejudice

and therefore will not have any preclusive effect on any other action or Medpace shareholder to pursue claims.

Dated: October 20, 2026

**LAW OFFICES OF JOHN C. CAMILLUS, LLC**
/s/ John C. Camillus
John C. Camillus (0077435)
P.O. Box 141410
Columbus, OH 43214
Telephone: (614) 992-1000
Facsimile: (614) 559-6731
Email: jcamillus@camilluslaw.com

**WEISS LAW**
/s/ David C. Katz
David C. Katz (admitted *pro hac vice*)
Mark D. Smilow (admitted *pro hac vice*)
305 Broadway, 7th Fl.
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: dkatz@weisslawllp.com
Email: msmilow@weisslawllp.com

Joshua M. Rubin (admitted *pro hac vice*)
4 Brighton Rd., Suite 204
Clifton, NJ 07014
Email: jrubin@weisslawllp.com

*Counsel for Plaintiff Stephen Bushansky*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on October 20, 2026 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

*/s/ John C. Camillus*
John C. Camillus